UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

COMPUTERSHARE TRUST COMPANY,

Plaintiff,

26-cv-5804 (ALC)

- against -

**ORDER**

MIMOCT LLC, et al,

Defendants.

---------------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' response to Plaintiff's letter requesting a pre-motion conference is over due. Plaintiff can file its Proposed Motion to Consolidate by September 16, 2026, any Opposition from Defendants is due by October 7, 2026, and any Reply from Plaintiff is due by October 14, 2026.

**SO ORDERED.**

**Dated:** **September 9, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**