**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMPUTERSHARE TRUST COMPANY, N.A., AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BANK5 2023-5YR1, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2023-5YR1,<br><br>Plaintiff,<br><br>vs.<br><br>MIMOCT LLC, THE METROPOLITAN ST. LOUIS SEWER DISTRICT, SRS DISTRIBUTION, INC. and "JOHN DOE" NOS. 1-25,<br><br>Defendants. | Civil Action No. 1:26-cv-05804-ALC |
| COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BBCMS MORTGAGE TRUST 2025-C35, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2025-C35,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED EASTCHASE HOLDINGS LLC, THREE PROPERTY HOLDINGS OF QUAD CITIES LLC, WINDSONG EQUITY HOLDINGS LLC, MARK GRAHAM, ACE FUNDING SOURCE LLC, THE SHERWIN-WILLIAMS COMPANY AND "JOHN DOE" NOS. 1-25,<br><br>Defendants. | Civil Action No. 1:26-cv-06099-MKV |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BENCHMARK 2026-B43 MORTGAGE TRUST, | |

| | | |
|---|---|---|
| COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2026-B43,<br><br>Plaintiff,<br><br>vs.<br><br>MILTON 90 PLEASANT VALLEY STREET LLC, DEVELOPMENT ASSOCIATES OF BENTON HARBOR LLC, MARK GRAHAM, and "JOHN DOE" NOS. 1-25,<br><br>Defendants.<br><br>The Names of the "John Doe" Defendants Being Fictitious and Unknown to Plaintiff, the Persons and Entities Intended Being Those Who Have Possessory Liens or Other Interests in, the Premises Herein Described. | : | Civil Action No. 1:26-cv-06435-AS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases are hereby consolidated. The Clerk shall consolidate the cases under the lead case number 26-cv-05804-ALC. The parties shall file all future filings under the lead case number only.

Dated: September ___, 2026

SO ORDERED

______________________________
Hon. Andrew L. Carter, Jr., U.S.D.J.



189487649.1