ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

October 15, 2026

Gary F. Eisenberg
gary.eisenberg@ashurstperkins.com
D. +1.212.262.6902
F. +1.212.977.1632

**VIA ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 444
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**Re:** ***Computershare Trust Company, N.A., as Trustee for the benefit of the Registered Holders of BANK5 2023-5YR1 Commercial Mortgage Pass-Through Certificates, Series 2023-5YR1 v. MIMOCT LLC, et al.*, Civ. A. No. 1:26-cv-05804-ALC**

Dear Judge Carter:

We write to update the Court regarding Plaintiff's motion to consolidate three foreclosure actions before this Court.

Defendants have filed no opposition to the motion. Accordingly, Plaintiff submits no reply is necessary.

We are available to address any concerns the Court may have regarding the motion.

Respectfully submitted,

Gary F. Eisenberg

cc: All Counsel of Record (via ECF)